NORTHERN DISTRICT OF TEXAS

FILED

OCT 28 2011

CLERK, U.S. DISTRICT COURT
By _____ M.7.
Deputy 9:09 A.M.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Provident Royalties, LLC, et al., | § | Case No. 09-33886-HDH-11 |
| | § | |
| Debtors. | § | |

| | | |
|---|---|---|
| PFM, LLC, | § | |
| | § | Civil Action No. 3:11-cv-2238-F |
| Plaintiff, | § | |
| | § | Adversary No. 10-03042-HDH |
| v. | § | |
| | § | |
| Provident Royalties, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO THE DISTRICT COURT

BEFORE THE COURT is United States Bankruptcy Judge Harlin D. Hale's Report and Recommendation (Doc. No. 5), which recommends that the Court grant the Trustee's Motion to Withdraw the Reference (Doc. No. 2).

After due consideration, the Court is of the opinion that the Bankruptcy Judge's Report and Recommendation should be ADOPTED IN ITS ENTIRETY. An Order granting the Trustee's Motion shall be entered.

IT IS SO ORDERED.

SIGNED this 27th day of October, 2011.

Royal Furgeson
Senior United States District Judge

1